396 A.2d 40

Commonwealth v. Middleton, Appellant.

550

Submitted March 20, 1978. Lee Mandell, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.